No. 714.   Geo. F. Alger Co. et al. v. Peck, formerly Tax Commissioner of Ohio, et al.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed.   Mr. Justice Douglas is of the opinion probable jurisdiction should be noted and the case set for argument.   *Joseph B. Keenan, Alvin O. West,*

*Edmund M. Brady, Taylor C. Burneson* and *Joseph L. Nellis* for appellants. *C. William O'Neill,* Attorney General of Ohio, and *Joseph S. Gill,* First Assistant Attorney General, for appellees.